# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135782(19)(20)(21)

ROBERT H. GAUTHIER,
      Plaintiff-Appellee,

v

                                         SC: 135782
                                         COA: 278654

D & T EMERALD CREEK, INC.,
      Defendant-Appellant.
                                         Macomb CC: 06-003941-CK

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's May 27, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for stay is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008                                 _____

d0721                                                Clerk